# Exhibit 3

**If you Purchased and/or Paid for Multi-Vitamin with Fluoride Chewable Tablets**
*You Could Get Money from a Proposed Class Action Settlement*

A Settlement has been reached in a class action lawsuit involving MultiVitamin with Fluoride Chewable Tablets made by Endo Pharmaceuticals, Inc., and its subsidiaries (the "Chewable Tablets"). The lawsuit claims that the labels and packaging for the Chewable Tablets misrepresented the amount of fluoride contained in them on and after October 31, 2007. Defendants' deny these allegations.

**Who Is Included?**  All persons and entities who paid for Multi-Vitamin with Fluoride Tablets between October 31, 2007, and December 31, 2015, excluding (a) government entities who were parties to the settlement in *United States v. Vintage Pharmaceuticals, LLC, et al.*, Case No. 13 civ. 1506 (DLC), (b) Defendants and their officers, directors, agents and employees, and (c) all persons and entities that acquired Multi-Vitamin with Fluoride Tablets for sale to others.

**What Are The Settlement Terms?**  The Defendants agree to establish a Settlement Fund of $15.5 million. Payments to eligible Class members will be based on the amount each paid for the Chewable Tablets and the total dollar amount of valid claims submitted.  Each Class member will receive their *pro rata* share of the Settlement Fund not to exceed 100% of their individual expenditures.  More details are available at www.fluoridetabletssettlement.com or by calling 1-800-983-6133.

**How To Get A Payment?**  You should submit a Claim Form to ensure that the Claims Administrator is aware of your purchases. The Claim Form is available at www.fluoridetabletssettlement.com or by calling 1-800-983-6133. The deadline to submit a Claim Form is April 17, 2017.

**Who Represents The Settlement Class?** Class counsel are the law firms of Buckner + Miles, 3350 Mary Street, Miami, Florida 33133 and McCabe Rabin PA, Centurion Tower, 1601 Forum Pl #505, West Palm Beach, Florida 33401. These attorneys will represent you as part of the Class unless you choose to hire your own attorney. You have the right to hire your own attorney at your own expense. Class counsel represent the Class on a contingency basis and will only receive attorneys' fees and reimbursement of their expenses if the Settlement is approved by the Court, at which time the Court may approve Settlement Class counsel's request for reimbursement of costs and expenses and an attorneys' fee award of up to 30%.

**Your Other Rights?**  Members of the Class may request exclusion from the Class no later than April 17, 2017. You may also object to the Settlement by April 17, 2017.  Please refer to www.fluoridetabletssettlement.com. The Court will hold a hearing on May 12, 2017 to consider whether to approve the Settlement and a request for attorneys' fees up to 30% of the Settlement Fund, reimbursement of costs, and a service award for the Class Representative of up to $10,000. You can appear at the hearing, but you do not have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.  Please check www.fluoridetabletssettlement.com to confirm the hearing date as it approaches as that date may change.

**www.fluoridetabletssettlement.com**

FLUORIDE TABLET SETTLEMENT
c/o A.B. DATA, LTD.
PO BOX _____
MILWAUKEE, WI 53217

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MILWAUKEE, WI
PERMIT NO. 3780

Postal Service: Please Do Not Mark or Cover Barcode

[Notice ID] [3 of 9 Barcode]
[NAME1]
[ADDR1]
[CITY] [ST] [ZIP]
[COUNTRY]