# Exhibit 5

United States District Court
Southern District of New York

*Mahoney v. Endo Health Solutions, Inc., et al.*
Case No. 15-cv-9841 (DLC)

**If you Paid for MultiVitamin with Fluoride Chewable Tablets**
*You Could Get Money from a Proposed Class Action Settlement*

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- A proposed $15.5 million settlement has been reached with Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Generics International (US Parent), Inc., (sued as Generics International (US Parent), Inc., d/b/a Qualitest Pharmaceuticals, Generics Bidco I, LLC, Generics Bidco II, LLC, Generics International (US Holdco), Inc., and Generics International (US Midco), Inc.); Generics International (US), Inc.; and Vintage Pharmaceuticals, LLC., (collectively "Defendants") in a class action lawsuit involving the MultiVitamin with Fluoride Chewable Tablets (the "Chewable Tablets") (the "Settlement").

- The lawsuit claims that Defendants' misrepresented the amount of fluoride contained in the Chewable Tablets from a period beginning at some point in 2007, manufacturing the Chewable Tablets with only approximately 44% of the fluoride ion claimed on the label and package insert.  The Defendants deny these allegations.

- You are included if you or your company paid for Chewable Tablets branded "Qualitest Pharmaceuticals," "Vintage Pharmaceuticals," or "Physicians Total Care," purportedly containing doses of fluoride of 1.0 mg, 0.5 mg, or 0.25 mg between October 31, 2007 and December 31, 2015.

- Please read this Notice carefully. Your legal rights will be affected, and you have a choice to make now.

| **Summary of Your Legal Rights and Options** | |
|---|---|
| **Submit a Claim Form** | One way to receive payment from this Settlement is to submit a Claim Form. The deadline to submit a Claim Form is April 17, 2017. |
| **Request to be Excluded from the Class** | You will receive no benefits, but you will retain any rights you currently have to sue the Defendants about the claims in this case.  Class members may elect to request exclusion from the Class no later than April 17, 2017. |
| **Object to the Settlement** | Write to the Court about why you do not like the Settlement.  You may also ask to speak to the Court at the hearing on May 12 2017, about the fairness of the settlement, though you do not have to do so.  To object, you must act before April 17, 2017.  Please check the website at www.fluoridetabletssettlement.com **leading up to the hearing to confirm the hearing date.** |
| **Do Nothing** | Get no payment.  Potentially give up your rights to ever recover from the Defendants for the legal claims in this case. |

- This Notice explains your legal rights and options--and the deadlines to exercise them.

## BASIC INFORMATION

| 1. | **Why did I get this Notice?** |

You may have paid, for Chewable Tablets between October 31, 2007 and December 31, 2015. You have the right to know about this class action lawsuit and about your legal rights and options before the Court decides whether to approve the proposed Settlement. This Notice explains the lawsuit, the proposed Settlement, and your legal rights. It also explains what benefits are available, who is eligible for them, and how to obtain them.

The Court has preliminarily approved the Settlement. If you are in fact a Class Member, you have legal rights and options that you may exercise before the Court considers whether it will grant final approval to the proposed Settlement at the "Fairness Hearing." The Fairness Hearing is to decide whether the proposed Settlement is fair, reasonable, and provides adequate compensation and benefits to the Class members.

| 2. | **What is this lawsuit about?** |
|---|---|

The Chewable Tablets are prescription multivitamin tablets. The lawsuit claims the labeling of the Chewable Tablets misrepresented the amount of fluoride contained in them from October 31, 2007 through December 31, 2015. The Defendants deny these allegations.

| 3. | **What is a class action and who is involved?** |
|---|---|

In a class action lawsuit, one or more people called "named plaintiffs" or "class representatives" sue on behalf of other people who have similar claims. The people with similar claims together are a "Class" and are called "Class Members." In a class action, the Court resolves the issues for all Class members, except for those who exclude themselves from the Class. Shannon Mahoney is the named plaintiff and Class representative in this case.

| 4. | **Why is there a Settlement?** |
|---|---|

In order to avoid the uncertainty of continuing the litigation, Plaintiff and the Defendants have agreed to settle the lawsuit. That way, they avoid the cost of further litigation, and all Class members will get the benefits of the Settlement. The Class representative along with Class counsel believe that the Settlement with the Defendants is best for all Class members.

## WHO IS IN THE SETTLEMENT CLASS

| 5. | **Am I part of this Settlement?** |
|---|---|

In general, persons and entities who paid for Chewable Tablets between October 31, 2007 and December 31, 2015, branded "Qualitest Pharmaceuticals," "Vintage Pharmaceuticals," or "Physicians Total Care," purportedly containing doses of fluoride of 1 mg., .5 mg., or .25 mg. ('the Class') are Class Members and are eligible for a payment from the Settlement. The Class includes both consumers and third-party payors.

Consumer Class members are individuals that paid for some or all of the cost of the Chewable Tablets. A consumer Class member may have purchased Chewable Tablets from a pharmacy or was administered Chewable Tablets at a doctor's office or in a hospital.

A Third-Party Payor Class member is an entity that is a party to a contract, issuer of a policy, or sponsor of a plan, that paid for or reimbursed all or part of the cost of Chewable Tablets. Third-Party Payor Class members could include:

- Entities with self-funded plans that contract with a health insurance company or other firm to serve as a third-party claims administrator to administer such entities' prescription drug benefits; or
- Insurance companies, union health and welfare benefit plans, and other organizations.

| 6. | **Are there any exceptions to being included?** |
|---|---|

You are **not** a Class member if any of the following is true:
- You are a Defendant or their officer, director, agent, and employee.
- You are a governmental entity who recovered funds as a result of the settlement with Defendants in the *qui tam* litigation entitled *U.S.A. v. Vantage Pharmaceuticals, LLC*, et al., No. 13-civ-1506 (S.D.N.Y.).
- You bought Chewable Tablets and resold them.

| 7. | **I'm still not sure if I am included?** |
|---|---|

If you are still not sure whether you are included, you can get help at www.fluoridetabletssettlement.com or by calling 1-800-983-6133.

| **8.** | **What are my rights as a Class Member?** |

You can file a claim for a payment from the Settlement Fund (*see* Question __). You can request exclusion from the Class (*see* Question __).  You can also object to the proposed Settlement (*see* Question __).

## THE SETTLEMENT BENEFITS

| **9.** | **What does the Settlement provide?** |

The Defendants will pay $15,500,000 into a Settlement Fund (the "Fund"). After deducting attorneys' fees, costs, and other fees and expenses (*see* Question __), the Fund will be distributed to Class Members with valid claims.

As a Class Member, you "release" your claims against the Defendants. That release includes any claims made (or that could have been made) in this lawsuit. The release is described in more detail in the Settlement Agreement in Section __. The Settlement Agreement is available at www.fluoridetabletssettlement.com.

| **10.** | **How much money can I get from the Settlement?** |

Your payment amount cannot be calculated at this time. Your share will depend on (a) the amount of Chewable Tablets you purchased between October 31, 2007 and December 31, 2015; (b) the total number of valid claims; and (c) the fees, costs and expenses approved by the Court. It is impossible to accurately predict how many people will file claims and the amount of any Court-approved award of attorneys' fees and costs.  Class counsel intends to follow the following distribution plan set forth herein. First, the Claims Administrator will utilize the data obtained from pharmacy chains, third party payors and pharmacy benefits administrators to, where possible, identify individual consumer Class members, their addresses, and the total amount of money each of them spent to purchase the Chewable Tablets during the Class Period ("Identified Claims").  The Claims Administrator will pay the Identified Claims (*pro rata*, as set forth below).  No claim form will be required for these payments.  Second, there will be a claims process for individuals and entities to submit claims for payment ("Submitted Claims").  All consumer Submitted Claims up to $250 will be paid (*pro rata*) whether the Class member provides supporting documents or not, unless the claim would create a payment that is duplicative of an Identified Claim.  For consumer Submitted Claims above $250, consumer claimants will be required to submit documentation supporting their claim, and if they do so, they will be paid (*pro rata*), unless the claim would create a payment that is duplicative of an Identified Claim.  For Submitted Claims by entities including third party payors, health insurers, and other Submitted Claims for payments made on behalf of more than one natural person, the entity submitting the claim will be required to provide information supporting their claim, as set forth in the claim form.  Entities including third party payors, health insurers, and other non-natural person Class members will also be requested to provide information about the individual insureds for whom they paid for Chewable Tablets, including name, address, and payments made by the insured.  All Submitted Claims and Identified Claims will be paid on a *pro rata* basis, as a percentage of total allowed claims, up to 100% of each claim made.

## SUBMITTING A CLAIM FORM

| **11.** | **How can I get money from the Settlement?** |

To receive money from the Settlement, you should complete and submit a Claim Form (attached). Claim Forms are also available at www.fluoridetabletssettlement.com. Please read this Notice and the Claim Form carefully, fill out the form, include all the information and documents it asks for, sign it, and mail it postmarked no later than April 17, 2017. For more information or to submit your Claim Form online visit www.fluoridetabletssettlement.com.

| **12.** | **When will I get my payment?** |

The Court will hold a hearing on May 12, 2017, to decide whether to approve the Settlement. Please check the website at www.fluoridetabletssettlement.com leading up to the hearing to confirm the hearing date.  If the Court approves the Settlement, there still may be appeals of that decision. It is hard to estimate how long it might take for any appeals to be resolved, but it can take a lot of time, perhaps more than a year.

Updates regarding the Settlement and when payments will be made will be posted on the Settlement website, www.fluoridetabletssettlement.com.

## THE LAWYERS REPRESENTING YOU

| 13. | Must I Attend The Final Approval Hearing? |

The Court appointed the following law firms as Class counsel:

| | |
|---|---|
| David M. Buckner, Esq.<br>Seth E. Miles, Esq.<br>Brett E. von Borke, Esq.<br>BUCKNER + MILES<br>3350 Mary Street<br>Miami, Florida 33133 | Ryon McCabe, Esq.<br>Robert C. Glass, Edq.<br>McCABE RABIN, P.A.<br>1601 Forum Place, Suite 505<br>West Palm Beach, FL 33401 |

| 14. | Should I get my own lawyer? |

You do not need to hire your own lawyer because Class counsel is working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask him or her to appear in Court for you if you want someone other than Class counsel to speak for you. You may also appear for yourself without a lawyer.

| 15. | How will the lawyers be paid? |

Class counsel will ask the Court to approve payment of up to 30% of the Settlement Fund to them for attorneys' fees, as well as to reimburse them for litigation costs they advanced in pursuing the claims. The fees would compensate Class counsel for investigating the facts, litigating the case (including through appeals), and negotiating and administering this Settlement. Class counsel will also ask the Court to approve a payment of $10,000 to the Class representative to compensate her for her service to the Class. The costs of providing this Notice and administering this Settlement are being paid from the Settlement Fund.

## OBJECTING TO THE SETTLEMENT

| 16. | How do I tell the Court if I don't like the Settlement? |

If you're a Class member, you can object to the Settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views.

To object, you must send a letter saying that you object to the proposed Settlement in *Mahoney v. Endo Health Solutions, Inc., et al*. You must include the following:

- Your name, address, telephone number, and signature;
- The name of the Action;
- An explanation of the basis upon which the objector claims to be a Class member;
- All grounds for the objection, accompanied by any legal support for the objection known to the objector or his counsel;
- The number of times in which the objector has objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection, and a copy of any orders related to or ruling upon the objector's prior such objections that were issued by the trial and appellate courts in each listed case;
- The number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which the counsel or the firm has made such objection, and a copy of any orders related to

or ruling upon counsel's or the Firm's prior such objections that were issued by the trial and appellate courts in each listed case;

- The identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement or fee application;
- Any and all agreements that relate to the objection or the process of objecting—whether written or oral—between objector or objector's counsel and any other person or entity;
- The identity of all counsel representing the objector who will appear at the Final Approval Hearing;
- A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection;
- A statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and
- The objector's signature (an attorney's signature is not sufficient).

Mail the objection by First Class U.S. Mail, postmarked no later than April 17, 2017, to:

Chewable Tablets Settlement
OBJECTIONS
P.O. Box 173017
Milwaukee, WI 53217

## THE COURT'S FAIRNESS HEARING

| 17. | When and where will the Court decide whether to approve the Settlement? |
|---|---|

The Court will hold a Fairness Hearing at ____ _.m. on May 12, 2017 in the United States District Court, Southern District of New York located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing.
The Court will also decide how much to pay to Class counsel in fees and expense reimbursements. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take. The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice. Be sure to check the website, www.fluoridetabletssettlement.com, for news of any such changes.

| 18. | Do I have to come to the Fairness Hearing? |
|---|---|

No. Class counsel will answer any questions the Court may have. Of course, you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

| 19. | May I speak at the hearing? |
|---|---|

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *Mahoney v. Endo Health Solutions*." You must mail your Notice of Intention to Appear, postmarked no later than April 17, 2017, to the addresses shown in the answer to Question __ above. Be sure to include your name, address, telephone number, and your signature. You cannot speak at the hearing if you previously excluded yourself from the Class.

## IF YOU DO NOTHING

| 20. | What happens if I do nothing at all? |
|---|---|

If you are a Class member who did not previously opt out, and you do nothing now, you might get no money from this Settlement and you won't be able to collect any damages from the Defendants.

## GETTING MORE INFORMATION

| 21. | Are more details about the Settlement available? |
|---|---|

Yes. This Notice summarizes the proposed Settlement; more details are in the proposed Settlement Agreement itself. You can get a copy of the Settlement Agreement at www.fluoridetabletssettlement.com.

| **22.** | **How do I get more information?** |
|---|---|

The Settlement website www.fluoridetabletssettlement.com provides answers to common questions about the Settlement, Claim Forms, and other information to help you determine whether you are a Class Member and whether you are eligible for a payment.

You may also call or write to the Claims Administrator at:

Fluoride Tablet Settlement
c/o A.B. Data, Ltd.
P.O. Box 173017
Milwaukee, WI 53217
800-983-6133
info@fluoridetabletssettlement.com

**PLEASE DO NOT CONTACT THE COURT. ANY QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT SHOULD BE DIRECTED TO THE CLAIMS ADMINISTRATOR AND/OR TO COUNSEL.**

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.

Dated: _____      By Order of the Court
                        United States District Court
                        Southern District of New York