UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHANNON MAHONEY, individually and on
behalf of herself and all others similarly situated,
                      Plaintiffs,                      15 **CIVIL** 09841 (DLC)

        -against-                                    **FINAL JUDGMENT**

ENDO HEALTH SOLUTIONS, INC., a Delaware
corporation; ENDO PHARMACEUTICALS, INC.,
a Delaware corporation; GENERICS
INTERNATIONAL (US PARENT), INC., a
Delaware corporation d/b/a Qualitest
Pharmaceuticals; GENERICS INTERNATIONAL
(US), INC., a Delaware corporation; GENERICS
BIDCO I, LLC, a Delaware limited liability
company; GENERICS BIDCO II, LLC, a Delaware
limited liability company; GENERICS
INTERNATIONAL (US HOLDCO), INC. a
Delaware corporation; GENERICS
INTERNATIONAL (US MIDCO), INC., a
Delaware corporation; and VINTAGE
PHARMACEUTICALS, LLC, a Delaware
Limited liability company,
                      Defendants.
-------------------------------------------------------------X

      Whereas the Court having granted final approval of the settlement between the class and the defendants, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on June 23, 2017, having rendered its Order directing the Clerk of Court to prepare a Final Judgment dismissing the lawsuit with prejudice against the defendants, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 23, 2017, Final Judgment is hereby entered dismissing this lawsuit with prejudice against the defendants.

**Dated:**  New York, New York
          June 28, 2017

                                                  RUBY J. KRAJICK

                                                  Clerk of Court
                              BY:
THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/29/2017                Deputy Clerk