```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHANNON MAHONEY, individually and on     :   15cv09841 (DLC)
behalf of herself and all others         :
similarly situated,                      :        ORDER
                          Plaintiff,     :
                                         :
               -v-                       :
                                         :
ENDO HEALTH SOLUTIONS, INC., a Delaware  :
corporation; ENDO PHARMACEUTICALS,       :
INC., a Delaware corporation; GENERICS   :
INTERNATIONAL (US PARENT), INC., a       :
Delaware corporation, d/b/a QUALITIEST   :
PHARMACEUTICALS; GENERICS INTERNATIONAL  :
(US), INC., a Delaware corporation;      :
GENERICS BIDCO I, LLC, a Delaware        :
limited liability company; GENERICS      :
INTERNATIONAL (US HOLDCO), INC., a       :
Delaware corporation; GENERICS           :
INTERNATIONAL (US MIDCO), INC., a        :
Delaware corporation; and VINTAGE        :
PHARMACEUTICALS, LLC, a Delaware         :
limited liability company,               :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 7, 2020, the plaintiff filed an unopposed motion for Cy Pres Distribution of remaining settlement funds. Having reviewed the motion, it is hereby

ORDERED that the $181,936.51 in remaining undistributed settlement funds shall be distributed to the AADP Foundation,

the charitable arm of the American Academy of Pediatric Dentistry ("AADP").

Dated:   New York, New York
         August 10, 2020

                                        _____
                                              DENISE COTE
                                        United States District Judge